

STEVEN BANKS
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ODALMY RUIZ
Assistant Corporation Counsel
Tel.: (212) 356-5053
Fax: (212) 356 3509
Email: odaruiz@law.nyc.gov

May 7, 2026

**BY ECF**
Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    Brazoban, Jose, et al. v. The City of New York, et al.
>        26 Civ. 00866 (DLC)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel for the City of New York, and attorney for defendant City of New York in the above-referenced matter. Defendant writes to respectfully request: (1) an adjournment of the initial conference currently scheduled for June 5, 2026, at 11:00 a.m., to a date and time convenient for the Court after the parties have had an opportunity to engage in mediation pursuant to Local Civil Rule 83.10 (the "Plan"), and (2) an extension of the deadline for the parties to complete mediation from May to June 30, 2026. Plaintiffs' counsel, Vik Pawar, consents to these requests.

By way of background, Plaintiffs allege, *inter alia*, that on their respective incident dates of April 18, 2023 and September 6, 2023, they were subjected to false arrest, and related constitutional violations. (See ECF No. 1). On February 3, 2026, this matter was referred to the Local Civil Rule 83.10 Plan, which governs actions in the Southern District brought against NYPD officers pursuant to 42 U.S.C. § 1983. (See ECF Docket Entry dated February 3, 2026). On February 6, 2026, the Court scheduled an initial conference for June 5, 2026 at 11:00 a.m. Defendant filed its Answer on April 24, 2026, in accordance with the § 1983 Plan's deadline. (See ECF No. 7). Shortly thereafter, the Court referred the matter to the Court-annexed Mediation Program for mediation to occur in May 2026 and directed the parties to participate in good faith. (See ECF No. 8).

As the Court is aware, Local Civil Rule 83.10 establishes a structured schedule for limited discovery and pre-mediation disclosures in § 1983 Plan cases, including deadlines for the exchange of initial disclosures and limited discovery, currently set for May 22, 2026. Because those disclosures have not yet been exchanged, proceeding with mediation prior to their completion

would be premature and may hinder the parties' ability to engage in meaningful settlement discussions.

Accordingly, to allow sufficient time to complete the required disclosures and to facilitate productive mediation, Defendant respectfully requests an extension of the mediation deadline from May to June 30, 2026. The parties have conferred with the mediation office and are available to engage in mediation on June 15, 2026.

Defendant also requests an adjournment of the initial conference to a date and time convenient for the Court after the parties have completed the § 1983 Plan requirements and had an opportunity to engage in mediation.

Defendant thanks the Court for its consideration.

Respectfully submitted,

*/s/ Odalmy Ruiz*

Odalmy Ruiz
Assistant Corporation Counsel
Special Federal Litigation Division

*Mediation is to occur on 6/15. The conference is adjourned to July 9 at 3:00 pm.*

*[signature]*
*5/7/26*

**CC:**  **VIA ECF**
Vik Pawar, Esq.
20 Vesey Street, Suite 1210
New York, NY 10007
*Attorney for Plaintiffs*

2