UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

JOSE BRAZOBAN and MAGAN DOUCOURAY,

Plaintiffs,

-against-

THE CITY OF NEW YORK, CHRISTOPHER KRAEMER, PAULA O'CONNOR, DANIEL BACKIEL, DAN AST, AND JOHN AND JANE DOES 1-5,

Defendants.
----------------------------------------------------------------------x

**DISCOVERY SCHEDULE**

26-CV-866 (DLC)

In accordance with Federal Rule of Civil Procedure 26 and the Order of the Hon. Denise L. Cote, ECF No. 6, counsel for Plaintiffs Brazoban and Doucouray and counsel for Defendants City of New York and Daniel Backiel (collectively the "parties") met and conferred to discuss a stipulated schedule for discovery on July 8, 2026.

The parties agree to comply with, and respectfully request that the Court order, the following schedule:

1. All fact discovery must be completed by November 9, 2026.

2. The parties will conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided that the parties meet the deadline for completing fact discovery set forth in paragraph 2 above:

   a. Depositions of fact witnesses shall be completed by November 9, 2026. Absent an agreement between the parties or an order from the Court, non-party depositions shall follow initial party depositions.

   b. All interrogatories, document demands and requests to admit must be served no later than 30 days prior to the discovery deadline.

c. Initial requests for production will be exchanged by August 28, 2026 and responses shall be due on September 25, 2026. All subsequent requests for production must be served no later than 30 days prior to the discovery deadline.

d. Supplementations under Rule 26(e) must be made within a reasonable period of time after discovery of such information.

3. At this time, the parties do not anticipate the need for expert discovery. However, should a parties' need for expert discovery change, that party shall make a request to the Court.

Dated: New York, New York
July 8, 2026

/s/ Vik Pawar
VIK PAWAR PLLC
*Attorneys for Plaintiffs*
Vik Pawar
20 Vesey St Rm 1410
New York, NY 10007

*Counsel for Plaintiffs*

/s/ *Odalmy Ruiz*
STEVEN BANKS
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007

*Counsel for Defendants*

SO ORDERED

Dated: ____________________
New York, New York

By:______________________
Judge Denise L. Cote