UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

JOSE BRAZOBAN and MAGAN DOUCOURAY,

Plaintiffs,

-v-

THE CITY OF NEW YORK, et al.,

Defendants.

---------------------------------------- X

26cv866 (DLC)

PRETRIAL SCHEDULING ORDER

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on July 9, 2026, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. Any motion for leave to further amend the complaint shall be submitted by **July 16, 2026.**

2. The parties shall comply with their Rule 26(a)(1), Fed. R. Civ. P., initial disclosure obligations by **July 17, 2026.**

3. This case has already been referred to mediation and the parties shall return for another session to occur in **October 2026.**

4. All fact discovery must be completed by **October 30, 2026.**

5. The following motion will be served by the dates indicated below.

   Any motion for summary judgment

   - Motion served by **November 20, 2026**
   - Opposition served by **December 18, 2026**
   - Reply served by **January 8, 2027**

   At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States

Courthouse, 500 Pearl Street, New York, New York.

6. In the event no motion for summary judgment is filed, the Joint Pretrial Order must be filed by **November 20, 2026.**

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law is not permitted.

SO ORDERED:

Dated: New York, New York
July 9, 2026

DENISE COTE
United States District Judge